MARK G. PARENTI
PARENTI LAW PLLC
7500 San Felipe, Suite 600
Houston, Texas 77063
Tel: (281) 224-8589
Fax: (281) 605-5677
E-mail: mark@parentilaw.com

TARIK S. ADLAI, SBN 165454
LAW OFFICES OF TARIK S. ADLAI
65 No. Raymond Avenue, Suite 320
Pasadena, California 91103
Tel: (626) 578-7294
Fax: (626) 685-2562
E-mail: tadlai@adlailaw.com

Attorneys for Defendant
FAISAL ASHRAF

**DENIED**
BY ORDER OF THE COURT
on March 1, 2018 by Judge David O. Carter

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR NO. 13-CR-088(A) DOC |
|---|---|
| Plaintiff, | [PROPOSED] ORDER STAYING SURRENDER DATE AND GRANTING BAIL PENDING APPEAL (18 U.S.C. § 3143(b)) |
| v. | |
| FAISAL ASHRAF, | |
| Defendant. | |

FOR GOOD CAUSE SHOWN:

1. Faisal Ashraf's surrender date of March 2, 2018 is hereby stayed pending further order of this Court.

2. Defendant Faisal Ashraf's Motion for Bail Pending Appeal is GRANTED. Defendant Faisal Ashraf is not likely to flee or pose a danger to the safety of any other person or the community if released and that the appeal is not for the purpose of delay and raises a substantial question of law or fact that would result in

1 reversal of the conviction. 18 U.S.C. § 3143(b). The terms of Faisal
2 Ashraf's bond shall remain unchanged pending issuance of the
3 mandate by the Ninth Circuit or further order of this Court.
4 IT IS SO ORDERED.

**DENIED**
BY ORDER OF THE COURT

DATED: March 1, 2018.

DAVID O. CARTER
United States District Judge