# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>vs.<br><br>**FAISAL ASHRAF, AKA "SAL,"**<br>    **Defendant.** | **Case No.: SA CR 13-0088-DOC**<br><br><br>**ORDER STATING REASONS FOR DENIAL OF BAIL PENDING APPEAL [463][458]** |

On March 1, 2018, the Court denied Defendant Faisal Ashraf's ("Defendant" or "Ashraf") Ex Parte Application for Bail Pending Appeal (Dkt. 453). *See* Order Denying Ex Parte Application (Dkt. 458).

On March 19, 2018, the Ninth Circuit remanded the case to this Court for the limited purpose of enabling the Court to state the reasons for its Order denying Defendant's motion for bail pending appeal. *See* Ninth Circuit Order (Dkt. 463) at 1.

Under 18 U.S.C. § 3143, a person is entitled to be released pending appeal on a showing by "clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released" and that "the appeal is not for the purpose of delay and raises a substantial question of law or fact likely to result in . . . reversal . . . ." 18 U.S.C. § 3143(b)(1).

This Court, having initially denied the motion for bail pending appeal, has reconsidered its decision. If the Court still retained full jurisdiction, or if the Ninth Circuit remands for that purpose, the Court would grant Defendant bail pending appeal, on the basis that Defendant does not pose a risk of flight or danger, and on the basis that Defendant presents a non-frivolous substantial question that, if sustained, would result in reversal. *See* Bond and Conditions of Post-Indictment Release (Dkt. 18) (setting $100,000 Unsecured Appearance Bond); Ex Parte Application for Bail Pending Appeal (Dkt. 453) at 4–9 (raising questions about the voluntariness of Defendant's plea). Therefore, the Court recommends that the Ninth Circuit grant Defendant bail pending appeal, or remand for that purpose.

DATED: March 20, 2018

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

cc 9th Circuit Court of Appeals